IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETITION TO APPEAR ON BEHALF OF THE UNITED STATES

MISC. NO. 07- _016_ (JAF)

ANNE E. BLAESS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044

ORDER

David A. Hubbert, Chief, Civil Trial Section, Eastern Region, Tax Division, U.S. Department of Justice in Miami, Florida, has filed on January 12, 2007 a request on behalf of Anne E. Blaess, Trial Attorney, Tax Division, for the purpose of appearing before this Court to represent the United States.

Pursuant to Rule 83.1(e) of the Local Rules of the Court, attorneys employed by the United States, its agencies and dependencies, may appear as attorney of record for the United States.  Accordingly, Anne E. Blaess is granted leave to appear as attorney of record for the United States in cases before this District and will be assigned an attorney number for that limited purpose.  Said attorney will inform the Court, by motion, when her appointment in the U.S. Department of Justice terminates.  Moreover, said attorney is ORDERED to appear at the Clerk's Office when physically within the District of Puerto Rico, to sign the registry of attorneys.

In San Juan, Puerto Rico this 22nd day of January, 2007.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

Angel A. Valencia-Aponte, Esq.
Chief Deputy Clerk

BAR NO. G-00409

JAN 22 2007
c/c: David Hubbert
Anne Blaess
nc